124 So.2d 679

**Ex parte Georgia SMITH, d/b/a Georgia Smith Employment Agency.**

**Georgia SMITH, d/b/a**

**v.**

**Bobby C. DANIEL.**

**6 Div. 616.**

Supreme Court of Alabama.

Nov. 17, 1960.

M. B. Grace, Birmingham, for petitioner.

Higgins, Windham, Perdue & Johnson, Birmingham, opposed.

GOODWYN, Justice.

Petition of Georgia Smith, doing business as Georgia Smith Employment Agency, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Ex parte Smith, 124 So.2d 677.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and COLEMAN, JJ., concur.

122 So.2d 736

**Thomas THOMAS, Jr.**

**v.**

**STATE.**

**8 Div. 48.**

Supreme Court of Alabama.

June 30, 1960.

Rehearing Denied Sept. 15, 1960.

Rowan S. Bone and Hinton & Torbert, Gadsden, for petitioner.

MacDonald Gallion, Atty. Gen., and Jos. D. Phelps, Asst. Atty. Gen., opposed.

COLEMAN, Justice.

Petition of Thomas Thomas, Jr., for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Thomas v. State, 122 So.2d 731.

Writ denied.

LAWSON, STAKELY and MERRILL, JJ., concur.